IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACEY ALLEN BURCH,
    Petitioner,

vs.                              Case No.:  3:09cv118/LAC/EMT

WALTER A. McNEIL,
    Respondent.
_____/

# O R D E R

       Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 and supporting memorandum of law (Docs. 1, 2) and has paid the filing fee.  However, Petitioner provided the court with only one copy of the petition.  Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida.  Therefore, Petitioner must submit one additional complete copy of the petition and the supporting memorandum of law.

       Accordingly, it is **ORDERED**:

       1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit one complete copy of the petition and supporting memorandum of law with this case number written on the copy.

       2.    Failure to comply with this order may result in a recommendation of dismissal of this case.

       **DONE AND ORDERED** this 24th day of March 2009.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**