IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACEY ALLEN BURCH,
    Petitioner,

vs.                                  Case No. 3:09cv118/LAC/EMT

EDWIN G. BUSS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 15, 2011 (doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3. A certificate of appealability be **DENIED**.

**DONE AND ORDERED** this 14th day of September, 2011.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**